394 A.2d 621

Gowen v. Glocker and Amidon Surgical
Associates, Appellant.

Argued June 14, 1978. S. Wickenhaver,
for appellant; Lawrence Sager, for appellee.

Order affirmed.

394 A.2d 605

Gramlich, Appellant, v. Gramlich.

Argued June 13, 1978. Thomas A. Bergs-
trom, for appellant; No appearance entered nor brief sub-
mitted for appellee.

Order affirmed.

JACOBS, P. J., did not participate in the consideration or
decision of this case.